**Michael Therone ANDERSON,
Plaintiff–Appellant**

**v.**

**Officer Steve WELLS; Marquette
Wells, Defendants–Appellees.**

**No. 12–60820
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 21, 2013.

Michael Therone Anderson, Leakesville, MS, pro se.

Claire Barker Hawkins, Esq., City Attorney's Office, Jackson, MS, Defendants–Appellees.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Before BENAVIDES, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

Michael Therone Anderson, Mississippi prisoner # 17634, appeals the dismissal of his 42 U.S.C. § 1983 complaint, which alleged that his civil rights were violated with respect to his arrest for the state charges then pending against him. On May 16, 2013, this court granted the motion by two of the defendants-appellees, Eric Smith and Kimberly Brown, to dismiss the appeal.

With respect to the remainder of Anderson's appeal, we affirm the judgment, as Anderson has failed to adequately brief the arguments he wishes to raise on appeal. *See Yohey v. Collins,* 985 F.2d 222, 225 (5th Cir.1993) (recognizing that even pro se litigants must brief arguments in order to preserve them).

AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.